**Maria Neh TANCHO, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–1391.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2004.

Decided: June 30, 2004.

Danielle L.C. Beach–Oswald, Noto & Oswald, P.C., Washington, D.C., for Petitioner.

Peter D. Keisler, Assistant Attorney General, Emily Anne Radford, Assistant Director, James A. Hunolt, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maria Neh Tancho, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) affirming without opinion the Immigration Judge's (IJ) denial of her applications for asylum, withholding of removal, and protection under the Convention Against Torture. Tancho challenges the

IJ's finding that she failed to show by clear and convincing evidence that her asylum application was timely filed. *See* 8 U.S.C. § 1158(a)(2)(B) (2000); 8 C.F.R. § 1208.4(a) (2003). We conclude that we lack jurisdiction to review this claim pursuant to 8 U.S.C. § 1158(a)(3) (2000). We thus may not review her claim that she in fact qualified for asylum.

We accordingly dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED*